**Dismissed and Memorandum Opinion filed October 18, 2018.**



In The

# Fourteenth Court of Appeals

NO. 14-18-00700-CV

**KEVIN VICKERSON, Appellant**

**V.**

**KZARS JEWELRY, Appellee**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-79966**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed July 9, 2018. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On September 19, 2018, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen

days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Donovan, Jewell, and Wise.